FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Maximiliano Monclova-Chavez,<br><br>　　　　　　Defendant. | Case No. CR 03-0729-SVW-2<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>Fed. R. Crim. P. 32.1(a)(6)<br><br>[Allegations of Violations of Probation or Supervised Release or Conditions of Release] |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

(A)　(✓)　the appearance of defendant as required; and/or

(B)　(✓)　the safety of any person or the community.

/

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because of his criminal history, including prior deportations.

B. (✔) Defendant is a flight risk because of his past history of non-compliance, even though they concerned traffic matters. Plus, Defendant evidently uses numerous aliases. Defendant also refused to be interviewed by Pre-Trial Services and, hence, no reliable background information was presented. Lastly, Defendant is of questionable immigration status.

IT IS ORDERED that Defendant be detained.

DATED: September 9, 2011

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE